UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 14 AM 8 36

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

JORGE W. RAMOS, et al.,
    Plaintiffs

vs.    CIVIL NO. 98-1379 (JP)

NEW PUERTO RICO MARINE MANAGEMENT, INC., et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 30, 1999<br>**Docket:** #19<br>[X] **Plffs**    [] **Defts**<br>**Title:** Motion Requesting Order to Hold in Abeyance Opposition to Summary Judgment | **DENIED.** Plaintiffs did not inform the Court which documents it requested "through various deposition in this case." Plaintiffs' request is open-ended and ambiguous. |

Date: 9/13/99

By: [signature]
JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: wb    #22