UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 14 AM 8:36
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P R

JORGE W. RAMOS, et al.,
    Plaintiffs

vs.                                                  CIVIL NO. 98-1379 (JP)

NEW PUERTO RICO MARINE MANAGEMENT, INC., et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: August 24, 1999<br>Docket: #18<br>[ ] Plffs    [X] Defts<br>Title: Motion Requesting Extension of Time to File Certified Translations. | GRANTED. |

Date: 9/13/99

by: _____
JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By: _____    #23