RECEIVED & FILED
1999 SEP 30 AM 7:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE W. RAMOS, et al.,
    Plaintiffs

vs.                                                       CIVIL NO. 98-1379 (JP)

NEW PUERTO RICO MARINE MANAGEMENT, INC., et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: September 21, 1999<br>Docket: #25<br>[X] Plffs      [] Defts<br>Title: Motion for Reconsideration | On or before **October 8, 1999**, Defendant shall show cause as to why the Court should not hold in abeyance Plaintiff's opposition to its Motion for Summary Judgment and why it should not order it to produce the documents referred to by Plaintiff. |

Date: 9/27/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd: SEP 30 1999   EOD:
By: #27

2