RECEIVED & FILED

**UNITED STATES DISTRICT COURT** 1999 OCT 25 AM 9: 20
**FOR THE DISTRICT OF PUERTO RICO**

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

JORGE W. RAMOS, et al.,
     Plaintiffs

vs.

                                                      CIVIL NO.98-1379 (JP)

NEW PUERTO RICO MARINE MANAGEMENT, INC., et al.,
     Defendants

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** October 8, 1999<br>**Docket:** #30<br>[] **Plffs**      [X] **Defts**<br>**Title:** Defendant's Motion in Compliance With Order to Show Cause | **GRANTED.** The Court has already determined that it will not hold Plaintiff's response in abeyance. |

Date: 10/20/99

JAIME PIERAS, JR.
**U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| no   By: | # 32 |

2