**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
1999 OCT 25  AM 9: 20

JORGE W. RAMOS, et al.,
    Plaintiffs

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

vs.

NEW PUERTO RICO MARINE MANAGEMENT, INC., et al.,
    Defendants

CIVIL NO.98-1379 (JP)

**O R D E R**

| MOTION | RULING |
|---|---|
| **Date Filed:** October 6, 1999 <br> **Docket:** #29 <br> [] **Plffs**    [X] **Defts** <br> **Title:** Confidentiality Stipulation | The Court **NOTES** that the parties hereto have entered into a confidentiality agreement with regards to NPR's financial statement for the years 1995 and 1996. |

**Date:** 10 20 '99

JAIME PIERAS, JR.
**U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # 33 |