UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE W. RAMOS, et al.,
    Plaintiffs
vs.

NEW PUERTO RICO MARINE MANAGEMENT, INC., et al.,
    Defendants

RECEIVED & FILED
1999 OCT 27 AM 8:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

CIVIL NO. 98-1379 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 15, 1999<br>**Docket:** #31<br>[X] **Plffs**  [] **Defts**<br>**Title:** Motion Requesting Extension of Time to Comply with Ruling | **DENIED.** The Court was very clear in its previous ruling that Plaintiff's failure to comply with the October 15, 1999, deadline would result in not considering his opposition motion. Plaintiff was given ample time to comply with such time frame. Furthermore, Plaintiff did not even bother to file a motion for extension with enough anticipation to allow him to comply with the deadline in case of a denial. |

Date: 10/24/99

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By | #34 |