RECEIVED & FILED
1999 NOV 15 AM 7:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE W. RAMOS, et al.,
    Plaintiffs
vs.

CIVIL NO. 98-1379 (JP)

NEW PUERTO RICO MARINE MANAGEMENT, INC., et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 4, 1999<br>**Docket:** #36<br>[X] **Plffs**     [X] **Defts**<br>**Title:** Amendment to Joint Stipulation of Facts | **NOTED.** Plaintiff Rey was re-employed by PRIMMI on June 13, 1994. |

**Date:**

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | #38 |