IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE W. RAMOS, et al.

    Plaintiffs,

vs.

NEW PUERTO RICO MARINE
MANAGEMENT, INC. d/b/a
NPR, INC.
    Defendant

CIVIL NO. 98-1379 (JP)

## JUDGMENT

Pursuant to the Opinion and Order entered on this same date the Court hereby **DISMISSES** Plaintiffs' Complaint.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of November, 1999.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)