# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JORGE W. RAMOS, et al.,
    Plaintiffs

vs.

NEW PUERTO RICO MARINE MANAGEMENT, INC., et al.,
    Defendants

CIVIL NO. 98-1379 (JP)

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** December 3, 1999<br>**Docket:** #43<br>[X] Plffs    [] Defts<br>**Title:** Motion for Reconsideration. | **DENIED.** The Court reaffirms its position.  Plaintiff failed to comply with the deadlines and the fair warnings of the Court that failure to file its opposition to Defendants' Summary Judgment Motion by October 15, 1999 would result in the Court not considering its opposition. (docket No. 28).  Plaintiffs knew what the consequences of its failure would be.  Now, Plaintiff wants an untimely second bite at the apple, under the guise of a motion for reconsideration.  The Court hereby reaffirms its position set forth in its Opinion and Order (docket No. 40).   The Court hereby refers Defendants' Verified Bill of Costs (docket No. 44) to the Clerk of Court. |

JAIME PIERAS, JR.
U.S. Senior District Judge

**Date:**

| Rec'd: | EOD: |
|---|---|
| By: | # |

3
Bill of Costs' copy
ref. to Chief Dpty
12/21/99

46