UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE W. RAMOS, et al.,
    Plaintiffs
vs.

NEW PUERTO RICO MARINE MANAGEMENT, INC., et al.,
    Defendants

CIVIL NO. 98-1379 (JP)

RECEIVED & FILED
'00 JAN 12 PM 2:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**O R D E R**

| MOTION | RULING |
|---|---|
| **Date Filed:** December 30, 1999<br>**Docket:** #48<br>[X] **Plffs**  [] **Defts**<br>**Title:** Second Motion for Reconsideration. | DENIED. |

Date: 1/11/00

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: ro | # 49 |

3