IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JORGE W. RAMOS AND HIS WIFE GEORGINA ALFONSECA BAEZ AND THE CONJUGAL PARTNERSHIP COMPOSED BETWEEN THEM; GLADYS RIOS OQUENDO; ANGEL M. BAUZO CALDERON; RAMON REY CRUZ AND HIS WIFE MILAGROS SANTOS MARZAN AND THE CONJUGAL PARTNERSHIP COMPOSED BETWEEN THEM; EDITH REYES FIGUEROA AND HER HUSBAND HIGINIO R. ROMAN AND THE CONJUGAL PARTNERSHIP COMPOSED BETWEEN. <br><br> Plaintiff <br><br> Vs. <br><br> NEW PUERTO RICO MARINE MANAGEMENT, INC., et al., <br><br> Defendants | CIVIL CASE NO. 98-1379(JP) |

RECEIVED &
00 JAN 13
CLERK'S OF
U S. DISTRICT
SAN JUA[N]

## NOTICE OF APPEAL

Notice is given that the plaintiffs above named, hereby appeal to the United States Court of Appeals for the First Circuit, from the denial of plaintiffs' second motion for reconsideration of the Judgment issued on November 18, 1999 by Honorable Judge Jaime Pieras, Jr. and entered on docket on November 24, 1999 granting the defendants' motion for summary judgment and, thus, dismissing the case. The Judge's Order denying plaintiffs' second motion for reconsideration is dated January 11, 2000.

Page -2-

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 13th day of January, 2000.

I HEREBY CERTIFY that on this same date a true copy of this document has been sent by regular mail to Pedro J. Manzano Yates, Esq., at his address of record.

JOSE R. FRANCO, ESQ.
P.O. BOX 16771
SAN JUAN, P.R. 00908-6771
USDC-PR 129014
TEL. 250-7476
FAX. 763-2145